AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| Educational World, Inc. | CASE NUMBER: 2:21CR00018-2 |
| | Katie A. Brewington |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to Count  1  .

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of this offense:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to defraud and commit offenses against the United States | May 31, 2017 | 1 |

The defendant organization is sentenced as provided in pages 2 through  6  of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☒ Counts  2 through 25  of the Indictment  ☐ is  ☒ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: Unknown

Defendant Organization's Principal Business Address:

7241 Branch Terrace

North Port, FL 34287

June 29, 2023
Date of Imposition of Judgment

/s/ (signature)
Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

July 5, 2023
Date

Defendant Organization's Mailing Address:

7241 Branch Terrace

North Port, FL 34287

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment—Page 2 of 6

DEFENDANT ORGANIZATION:    Educational World, Inc.
CASE NUMBER:     2:21CR00018-2

# PROBATION

The defendant organization is hereby sentenced to probation for a term of: 3 years.

The defendant organization shall not commit another federal, state or local crime.

    If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2C — Probation

Judgment—Page  3  of  6

DEFENDANT ORGANIZATION:    Educational World, Inc.
CASE NUMBER:    2:21CR00018-2

# SPECIAL CONDITIONS OF SUPERVISION

1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

2. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

3. You must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

4. You shall dissolve and otherwise cease to operate as a business entity no more than one hundred and sixty (160) days after the entry of judgement.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 3 — Criminal Monetary Penalties

Judgment — Page 4 of 6

DEFENDANT ORGANIZATION:    Educational World, Inc.
CASE NUMBER:               2:21CR00018-2

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessments** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400 | None | $ 17,075 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Janine Nengasca | | $650 | 1 |
| Milca A. Millena | | $1,395 | 1 |
| Janelle M. Dayap | | $1,950 | 1 |
| Charisse Mae Hernandez | | $2,030 | 1 |
| Grace D. Alolon | | $650 | 1 |
| Romel Tagapulot | | $650 | 1 |
| Roger San Pablo Candidato | | $650 | 1 |
| Mary L. Quispe | | $650 | 1 |
| Sharmaine C. Mendez | | $650 | 1 |

**(Restitution Payees continued on page 5)**

☒ Restitution amount ordered pursuant to plea agreement  $ 17,075

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:
   ☒ the interest requirement is waived for    ☐ fine    ☒ restitution.
   ☐ the interest requirement for the          ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 3B — Criminal Monetary Penalties

Judgment — Page  5  of  6

DEFENDANT ORGANIZATION:     Educational World, Inc.
CASE NUMBER:     2:21CR00018-2

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Azhar Tagaibekova | | $1,300 | 1 |
| Precious Gayle Ancero | | $650 | 1 |
| Lindl Andrew Carcido | | $650 | 1 |
| Phoebe Lou R. Carcido | | $650 | 1 |
| Eden Alde | | $650 | 1 |
| Yanique Farqyharson | | $650 | 1 |
| Gencie Junio | | $650 | 1 |
| Jillian M. Mabugat | | $650 | 1 |
| Christian Jusi | | $650 | 1 |
| Barbara Anne Crisaldo | | $650 | 1 |
| John Patrick Labang Aba | | $650 | 1 |
| **TOTAL** | | $17,075 | |

* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3B — Criminal Monetary Penalties

Judgment — Page __6__ of __6__

DEFENDANT ORGANIZATION:    Educational World, Inc.
CASE NUMBER:    2:21CR00018-2

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☒ Lump sum payment of $ __400__ due immediately, balance due

  ☐ not later than _____ , and
  ☒ in accordance with  ☐ C or  ☒ D below; or

**B**  ☐ Payment to begin immediately (may be combined with  ☐ C or  ☐ D below); or

**C**  ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☒ Special instructions regarding the payment of criminal monetary penalties:

  Restitution is due in the amount of $17,075 to the victims as identified in this Judgment. The restitution shall be paid in monthly installments of a minimum of $200 until paid in full. Payments are to be made payable to the Clerk, United States District Court, for disbursement to the victims.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

  Educational World, Inc. (2:21CR00018-2); Total Amount: $17,075 ; Joint and Several Amount: $17,075
  Larisa Khariton (2:21CR00018-10); Total Amount: $17,075 ; Joint and Several Amount: $17,075
  Jon E. Clark (2:21CR0018-11); Total Amount: $17,075; Joint and Several Amount: $17,075

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States: